# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BUILDING TRADES UNITED PENSION TRUST FUND, MILWAUKEE AND SOUTHERN WISCONSIN DISTRICT COUNCIL OF CARPENTERS HEALTH FUND, MILWAUKEE AND SOUTHERN WISCONSIN DISTRICT COUNCIL OF CARPENTERS VACATION FUND, MILWAUKEE CARPENTERS JAC FUND, PAINTERS LOCAL 781 HEALTH FUND, and NACARCI FEASTER,**

            Plaintiff,

            Case No. 07-C-259

-vs-

**LIBERTY BUILDERS OF WISCONSIN, LLC,**

            Defendant.

## ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs, Building Trades United Pension Trust Fund, Milwaukee and Southern Wisconsin District Council of Carpenters Health Fund, Milwaukee and Southern Wisconsin District Council of Carpenters Vacation Fund, Milwaukee Carpenters JAC Fund, Painters Local 781 Health Fund, and Nacarci Feaster, and against defendant Liberty Builders of Wisconsin, LLC in the amount of $83,568.30 together with interest at the rate allowed by law.

Dated at Milwaukee, Wisconsin, this 29th day of May, 2007.

              **JON W. SANFILIPPO**
              **Clerk of Court**

              **s/ Linda M. Zik**
              **Deputy Clerk**

**Approved as to form this 29th day of May, 2007.**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**